IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA LEIGH TRUJILLO RAMIREZ,

    Plaintiff,

vs.                                                                                                                        No. CIV 23-0978 JB/LF

MARTIN O'MALLEY, Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Order, filed May 31, 2024 (Doc. 25)("Order"). In the Order, the Court remands the case to Defendant Commissioner of the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Given that there are no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58 of the Federal Rules of Civil Procedure, disposing of this case.

    **IT IS ORDERED** that: (i) this case is remanded to Defendant Commissioner of the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); and (ii) Final Judgment is entered.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

*Counsel:*

Laura J. Johnson
Armstrong Johnson Law, LLC

Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Margaret Sobota
Social Security Administration
Baltimore, Maryland

    *Attorneys for the Defendant*